AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

265193

United States of America
v.
MELVIN GRAYSON

*Defendant*

)
)
)
)
)
)

Case: 1:23-cr-00007
Assigned To : Mehta, Amit P.
Assign. Date : 1/5/2023
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MELVIN GRAYSON

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FIVE HUNDRED GRAMS OR MORE OF COCAINE, ONE HUNDRED GRAMS OR MORE OF HEROIN, FORTY GRAMS OR MORE OF FENTANYL, AND ONE KILOGRAM OR MORE OF PHENCYCLIDINE;

FORFEITURE:  21 USC §§ 853(a) and (p)

Date:   01/05/2023

Digitally signed by G. Michael Harvey
Date: 2023.01.05 13:45:02 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 01/05/2023, and the person was arrested on *(date)* 01/11/2023
at *(city and state)* Washington, DC

Date: 01/12/2023

*Arresting officer's signature*

Justin Trotman, DUSM
*Printed name and title*