# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MELVIN GRAYSON,**<br>**JIMMY DAVIS,**<br>also known as "Fatz,"<br>**TERRELL WASHINGTON,**<br>also known as "Turk,"<br>**TYRONE RAGLAND,**<br>also known as "Tech,"<br>**JAMES KINARD,**<br>also known as "Fat Rat,"<br>**CHARLES CUNNINGHAM, and**<br>**KENNETH WATTS,**<br><br>Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | **CRIMINAL NO. 23-007 (JMC)**<br><br>**VIOLATIONS:**<br>**21 U.S.C. § 846**<br>**(Conspiracy to Distribute and Possess with Intent to Distribute Five Hundred Grams or More of Cocaine, One Hundred Grams or More of Heroin, Forty Grams or More of Fentanyl, or One Kilogram or ore of Phencyclidine)**<br>**21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi)**<br>**(Unlawful Possession with Intent to Distribute Forty Grams or More of Fentanyl)**<br>**21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv)**<br>**(Unlawful Possession with Intent to Distribute One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine)**<br>**18 U.S.C. § 924(c)(1)(A)(i)**<br>**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense)**<br>**18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**<br>**21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi)**<br>**(Unlawful Possession with Intent to Distribute Cocaine)**<br>**21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi)**<br>**(Unlawful Possession with Intent to Distribute Cocaine Base)**<br><br>**FORFEITURE:**<br>**21 U.S.C. §§ 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From on or about January 1, 2020, and continuing to January 2023, within the District of Columbia and elsewhere, **MELVIN GRAYSON, JIMMY DAVIS, also known as "Fatz," TERRELL WASHINGTON, also known as "Turk," TYRONE RAGLAND, also known as "Tech," JAMES KINARD, also known as "Fat Rat," CHARLES CUNNINGHAM, and KENNETH WATTS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more; a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was 100 grams or more; a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 40 grams or more; and a detectable amount of Phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii); (b)(1)(B)(i); (b)(1)(B)(vi) (b)(1)(A)(iv); and 846.

Quantity of Cocaine, Heroin, Fentanyl, and Phencyclidine Involved in the Conspiracy:

With respect to defendant **MELVIN GRAYSON,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was five hundred grams or more, a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and

substance was one hundred grams, forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and a detectable amount of Phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii); (b)(1)(B)(i); (b)(1)(B)(vi); (b)(1)(A)(iv); and 846.

With respect to defendant **JIMMY DAVIS, also known as "Fatz,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was five hundred grams, and a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was forty grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and (b)(1)(B)(vi).

With respect to defendant **TERRELL WASHINGTON, also known as "Turk,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **TYRONE RAGLAND, also known as "Tech,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of Phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and

a detectable amount of cocaine in violation of Section 841(b)(1)(C).

With respect to defendant **JAMES KINARD, also known as "Fat Rat,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of Phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv), and forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of 841(a)(1) and 841(b)(1)(B)(vi).

With respect to defendant **CHARLES CUNNINGHAM,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of Phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more, and forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv), and 841(b)(1)(B)(vi).

With respect to defendant **KENNETH WATTS,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of Phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv).

(**Conspiracy to Distribute and Possess with Intent to Distribute Five Hundred Grams or More of Cocaine, One Hundred Grams or More of Heroin, Forty Grams or More of Fentanyl, and One Kilogram or More of Phencyclidine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about January 11, 2023, within the District of Columbia, **TYRONE RAGLAND,** **also known as "Tech,"** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture or substance was one hundred grams or more.

> **(Unlawful Possession with Intent to Distribute One Hundred Grams or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT THREE

On or about January 11, 2023, within the District of Columbia, **TYRONE RAGLAND,** **also known as "Tech,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about January 11, 2023, within the District of Columbia, **TYRONE RAGLAND,** **also known as "Tech,"** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One, Two, Three of this Indictment which are incorporated herein, a firearm, that is, a SCCY-CPX2 9mm handgun, serial number 674269.

> **(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

### COUNT FIVE

On or about January 11, 2023, within the District of Columbia, **TYRONE RAGLAND,**

**also known as "Tech,"** knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, in the Prince George's County Maryland District

Court, Criminal Case No. CT131445X, did unlawfully and knowingly receive and possess a

firearm, that is, a SCCY-CPX2 9mm handgun, serial number 674269, and did unlawfully and

knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed,

shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SIX

On or about January 11, 2023, within the District of Columbia, **CHARLES**

**CUNNINGHAM**, did unlawfully, knowingly, and intentionally possess with intent to distribute

40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a

Schedule II narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT SEVEN

On or about January 11, 2023, within the District of Columbia, **CHARLES**

**CUNNINGHAM**, did unlawfully, knowingly, and intentionally possess with intent to distribute a

mixture and substance containing a detectable amount of cocaine base, also known as crack, a

Schedule II narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about January 11, 2023, within the District of Columbia, **CHARLES CUNNINGHAM**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One, Six, and Seven of this Indictment which are incorporated herein, a firearm, that is, a Glock 31, .357 handgun, with an obliterated serial number.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## COUNT NINE

On or about January 11, 2023, within the District of Columbia, **CHARLES CUNNINGHAM**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Prince George's County Circuit Court, Criminal Case No. CT080353X, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 31, .357 handgun, with an obliterated serial number, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of either of the offenses alleged in Counts One, Two, Three, Six, and Seven of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek

a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2.     Upon conviction of the offense alleged in Counts Four, Five, Eight, and Nine this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a SCCY-CPX2 9mm handgun, serial number 674269, and Glock 31 .357 handgun, with an obliterated serial number, and 9mm and .357 caliber ammunition.

3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

Matthew M Graves /DTH

Attorney of the United States in
and for the District of Columbia.